IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RODNEY EUGENE CHEADLE,   )  <br>   )  <br>          Petitioner,   )  <br>   )  <br>vs.   )  <br>   )  <br>WALTER DINWIDDIE and THE   )  <br>ATTORNEY GENERAL OF THE   )  <br>STATE OF OKLAHOMA   )  <br>   )  <br>          Respondents.   ) | Case Number CIV-07-1340-C |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on January 7, 2008.  The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed.  Therefore, the Court adopts the Report and Recommendation in its entirety and transfers this matter to the Tenth Circuit as a second or successive habeas petition.

As set forth above, the Report and Recommendation of the Magistrate Judge is adopted.  The Clerk of the Court is directed to take the necessary steps to transfer this matter to the Tenth Circuit.

IT IS SO ORDERED this 26th day of February, 2008.

*/s/ Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge